District Judge Robert S. Lasnik
Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REY ENRIQUE DIAZ DE ARMAS, | Case No. 2:25-cv-02250-RSL-TLF |
| Petitioner, | ORDER ON STIPULATED MOTION AND BRIEFING SCHEDULE |
| v. | |
| KRISTI NOEM, *et al*., | |
| Respondents. | |

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Respondents' Response to Order to Show Cause | November 24, 2025 |
| Petitioner's Reply | December 1, 2025 |

ORDER ON STIPULATED MOTION AND BRIEFING SCHEDULE
[Case No. 2:25-cv-02250-RSL-TLF] - 1

1  DATED this 18th day of November, 2025

*Theresa L. Fricke*
THERESA L. FRICKE
United States Magistrate Judge